

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 19, 2023

2022-2084 - Aviles-Rivera v. McDonough

## NOTICE OF NON-COMPLIANCE

Your submitted document (Corrected Opening Brief) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The cover does not contain complete contact information for counsel representing the filing party. Fed. R. App. P. 32(a)(2)(F) (brief).

  *[Clerk's Note: As part of the office address, please include the name of the firm.]*

- Addendum material must adhere to the pagination requirements of Fed. Cir. R. 28(c).

  *[Clerk's Note: Examples of acceptable format include the following: Appx123, Appx00123, and APPX123.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court
By: E. Dumont, Deputy Clerk